UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

    Cr. No. 3:17-cr-00181-RJC-DCK-1

    Plaintiff,

v.    MOTION TO WITHDRAW
    AS COUNSEL OF RECORD

JORDAN LEE MOORE,

    Defendant.
_____/

    COMES NOW the undersigned counsel, Miranda J. Mills, of Roberts Law Group, PLLC, and respectfully moves this Court for an Order allowing the undersigned counsel to withdraw as counsel for the Defendant, Jordan Lee Moore.

    The undersigned counsel was retained as counsel of record on July 11, 2017. On November 21, 2017, a reverse proffer was conducted. At the reverse proffer, Defense Counsel and the Defendant reviewed the Factual Basis document and the Defendant's right to make objections. A plea agreement and Factual Basis were signed at that time. On November 22, 2017, the Defendant entered a knowing and voluntary plea before US Magistrate Judge David Cayer. On January 29, 2019, the final Pre-Sentence Report (PSR) was filed with this Honorable Court.

    Pursuant to advice by the undersigned, on March 22, 2018, the Defendant filed a renewed motion to review the Defendant's bond/detention conditions. The motion was denied without prejudice, citing that sentencing would likely be set on April 11, 2018. Defense Counsel advised the Defendant that she would renew her motion if sentencing was not scheduled on or shortly after April 11, 2018. Sentencing was ultimately set for April 20, 2018.

    On April 12, 2018, without Defense Counsel's knowledge, the Defendant submitted a *Pro Se* Motion to the Court alleging misconduct and ineffective assistance of counsel. The Defendant

has also requested to withdraw his plea. Defense Counsel was made aware of the Defendant's *Pro Se* Motion on April 18, 2018, via ECF Notice of Electronic Filing. Defense Counsel visited the Defendant in the Mecklenburg County Jail as soon as possible following receipt and review of the Defendant's *Pro Se* Motion.

Although Defense Counsel denies the allegations outlined in the Defendant's *Pro Se* Motion, Defense Counsel contends that the Defendant's beliefs will impact her ability to effectively communicate with the Defendant and represent the Defendant in subsequent proceedings. Defense Counsel has verbally consulted with the Defendant regarding his *Pro Se* Motion, the potential outcomes of his *Pro Se* Motion, and her intent to file this Motion to Withdraw. Defense Counsel has also advised Assistant United States Attorney Sanjeev Bhasker regarding her intent to file this Motion to Withdraw.

WHEREFORE, the undersigned counsel respectfully moves this Court for an Order allowing the undersigned counsel to withdraw as counsel of record for Mr. Moore.

This the 19th day of April, 2018.

Respectfully Submitted,

/s/ Miranda J. Mills
_____
Miranda J. Mills
N.C. State Bar No. 41547
Roberts Law Group, PLLC
112 South Tryon Street, Suite 720
Charlotte, North Carolina 28202
Telephone: (704) 251-2501
Facsimile: (919) 573-0774
E-mail: Miranda@RobertsLawTeam.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, she electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>United States Attorney's Office
>Attn: Sanjeev Bhasker, Assistant United States Attorney
>227 West Trade Street, Suite 1650
>Charlotte, North Carolina 28202
>Telephone: (704) 344-6222
>E-mail: sanjeev.bhasker@usdoj.gov
>
>United States Attorney's Office
>Attn: Michael E. Savage, Assistant United States Attorney
>227 West Trade Street, Suite 1650
>Charlotte, North Carolina 28202
>Telephone: (704) 344-6222
>Facsimile: (704) 227-0197
>E-mail: mike.savage2@usdoj.gov

This the 19th day of April, 2018.

>Respectfully Submitted,
>
>/s/ Miranda J. Mills
>_____
>Miranda J. Mills
>N.C. State Bar No. 41547
>Roberts Law Group, PLLC
>112 South Tryon Street, Suite 720
>Charlotte, North Carolina 28202
>Telephone: (704) 251-2501
>Facsimile: (919) 573-0774
>E-mail: Miranda@RobertsLawTeam.com